**Genaro Rafael De Leon COTOM, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–71076.

Agency No. A28–578–697.

United States Court of Appeals, Ninth Circuit.

---

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**618**

Submitted Feb. 17, 2004.*

Decided Feb. 23, 2004.

Suzanne B. Friedman, Law Offices of Suzanne B. Friedman, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, James R. Grimes, Washington, DC, for Respondent.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

MEMORANDUM**

Genaro Rafael De Leon Cotom, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals ("BIA") affirming, without opinion, an immigration judge's denial of his application for political asylum and withholding of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252, and we deny the petition.

Cotom's contentions that the BIA's streamlining regulations violate his rights to due process and are void-for-vagueness are foreclosed by *Falcon Carriche v. Ashcroft*, 350 F.3d 845, 849–51 (9th Cir.2003) (holding that the BIA's streamlining proce-

dure does not violate an alien's due process rights).

**PETITION DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

